AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LISA VAUGHN | ) | Case No. |
|  | ) | 6:20-mj- 1819 |
|  | ) | |
|  | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 7, 2016__ in the county of __Brevard__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michelle Langer, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/7/20

_____
Judge's signature

City and state: Orlando, Florida

LESLIE R. HOFFMAN, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                    CASE NO. 6:20-mj-

COUNTY OF BREVARD

## AFFIDAVIT

I, Michelle Langer, being duly sworn, do hereby depose and state as follows:

1.  This affidavit is submitted in support of a criminal complaint against LISA VAUGHN (VAUGHN) for a violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2). As set forth in more detail below, I believe there is probable cause that on or about July 7, 2016, in Brevard County, Florida, VAUGHN produced and distributed child pornography in and affecting interstate or foreign commerce and that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2).

2.  I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 3 years. I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.  I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all

forms of media, including computer media. Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A(a).

4. I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel. As set forth in more detail below, I have probable cause to believe that a crime has taken place, that is, the production and distribution of child pornography in interstate commerce, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2).

## PROBABLE CAUSE STATEMENT

6. On February 8, 2019, the Deschutes County Sheriff's Office (DCSO) contacted the FBI Portland Division, Bend Resident Agency (PD/BDRA) and requested assistance with an investigation of 41-year-old Keith Laurens James Fyten in violation of 18 U.S.C. § 2251(a). DCSO advised the investigation of Fyten began in approximately mid- to late 2018 after a school

resource officer learned that multiple female high school students claimed to be having online romantic relationships with the same male individual via Facebook. The male individual identified himself as "David Brown," claimed to be similarly-aged, and used photographs depicting a male approximately 16 – 18 years old.

7. The school resource officer obtained the male individual's Facebook records without a non-disclosure order, thinking the individual was a minor himself; however, the individual was in fact Fyten posing as a young male. Facebook subsequently notified Fyten of the court order, leading Fyten to quit his job and flee to The Netherlands, where he maintained dual citizenship. Fyten remained in the Netherlands until November 17, 2019, when the U.S. Customs and Border Protection arrested him upon his attempt to re-enter the United States. Fyten was subsequently extradited to Oregon, where he remains in custody, pending trial.[1]

8. A review of Fyten's alias Facebook account revealed he began posing as a young male online as far back as the mid-2000s and frequently communicated with minor females and males, as young as at least 11 years old. In his communications, Fyten persuaded, induced, enticed, and at times coerced the minors to engage and/or photograph/film themselves and/or others

---

[1] Publicly available information indicates that Fyten is charged in Deschutes County, Oregon.

3

conducting various sexually explicit acts, including bestiality, incest, prostitution, sex, masturbation, and sexting. While it remains unknown the extent to which Fyten shared the images, it was believed Fyten often shared the images with others via Facebook.

9. PD/BDRA assisted DCSO in reviewing Fyten's alias Facebook account and identified multiple victims and subjects with whom Fyten exchanged multimedia of what appeared to depict child pornography. A review of the Fyten's Facebook account revealed that the user of Facebook UID 100001282851479 (Lisa Lockhart) performed sexual acts on a child victim (CV), had the CV perform sexual acts on her, and sent photographs and videos of the sexual acts to the Fyten in July 2016. Open source checks on Facebook account 100001282851479 identified the Facebook subscriber of this account as VAUGHN. On July 7, 2016, when VAUGHN produced and distributed the videos described below, VAUGHN was 18 years old and the CV was 12 years old.

10. Further open source database checks on VAUGHN indicated that VAUGHN was residing in Melbourne, Florida, in the Middle District of Florida, in July of 2016. However, open source checks indicate VAUGHN moved to Arkansas in or about 2018.

11. Based on the information identified, PD/BDRA believed that VAUGHN was residing in Melbourne, Florida when the videos were

4

produced. Based on the location, on September 2, 2020, the Orlando Resident Agency received a lead from PD/BDRA in reference to VAUGHN. Within the lead, the PD/BDRA provided several images, videos, and Facebook Instant Messages that were located while reviewing Fyten's Facebook account. I reviewed the images, videos, and messages and located approximately 8 videos of Child Sexual Abuse Material (CSAM) and approximately 5 CSAM images. The images and videos were sent during the chat conversation that occurred between VAUGHN and Fyten on July 7, 2016. Below are descriptions of 3 videos that VAUGHN sent to Fyten on July 7, 2016:

- Video Title: 1198143840238366
  Sent: July 7 2016 at 6:38 UTC

    o The video is approximately 7 seconds in length. In the video VAUGHN is observed performing oral sex on the CV. Both VAUGHN'S and the CV'S face are seen in the video. The CV'S penis is also visible.

- Video Title: 1198149530237797
  Sent: July 7 2016 at 6:57 UTC

    o The video is approximately 1 minute and 08 second in length. The video depicts VAUGHN masturbating the CV's penis with her hand. Both VAUGHN and the CV's voices are clearly audible throughout the video. The CV's face, penis and testicles are seen throughout the video.

- Video Title: 1198162106903206
  Sent: July 7 2016 at 7:42 UTC

    o The video is approximately 31 seconds in length. The video depicts VAUGHN performing oral sex on the identified CV.

5

In the video, VAUGHN is heard referring to CV by his first name. Both VAUGHN and CV's faces appear in the video as well as CV's penis.

12. During this review, law enforcement officers determined that these videos are child pornography, as defined in 18 U.S.C. § 2256.

13. I reviewed the conversations Fyten had with VAUGHN over Facebook Instant Messaging. During my review, I observed several exchanges between Fyten and VAUGHN. Specifically, Fyten requested VAUGHN to produce CSAM. In the conversation, Fyten stated "Ok I dare u to suck [the CV's] dick for 5 sec". VAUGHN responded "Okay let me go (p)". Subsequently, VAUGHN then sent video 1198143840238366, described above.

14. As the conversation continued, Fyten requested, "I wanna see u jack him off with ur hand baby." VAUGHN then sent video 1198149530237797, described above. Prior to the conversation ending, Fyten stated, "I want to see u suck his dick for at least a minute baby." Fyten continued, "Ok make it a good one baby! I wanna see ur lips on his dick." VAUGHN responded, "Okay babe." Later in the conversation, Fyten asked VAUGHN "Ru gonna suck his dick for me rn babe?" VAUGHN asked Fyten if she could do something different, to which Fyten responded, "I really wanna see it baby." Subsequently, VAUGHN then sent video 1198162106903206, described above.

15. Earlier on July 7, 2016, Fyten and VAUGHN had discussed the possibility of having children together. Fyten asked VAUGHN, "U think they will do stuff like u and [the CV]? Haha." VAUGHN responded, "If it's our Child yes."

### INTERVIEW

16. Through open source checks, it was determined that VAUGHN is currently residing in Fort Smith, Arkansas. VAUGHN lives with her current boyfriend, and together they have a child who is approximately 2 years old. On November 5, 2020, FBI Special Agent Robert Allen and Task Force Agent Warren Seals went to VAUGHN's residence in Arkansas to interview VAUGHN.

17. VAUGHN answered the door and a voluntary recorded interview took place. During the interview, VAUGHN was shown video 1198162106903206, described above, in which VAUGHN performed oral sex on the CV. VAUGHN admitted to producing the CSAM video and other videos with the CV. VAUGHN stated at various points in the interview that she was between 17 and 19 years old at the time she produced the CSAM. She stated the CV was between 12 and 14 years old. VAUGHN stated she produced the CSAM in order to make money, but that she never received any money for the CSAM videos she produced and distributed. VAUGHN produced and sent the CSAM from her residence in Melbourne, Florida.

## CONCLUSION

18.     Based on the above, there is probable cause that on or about July 7, 2016, in Brevard County, in the Middle District of Florida, LISA VAUGHN knowingly produced and distributed child pornography, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2).

_____
Michelle Langer
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this ___ day of November, 2020.

_____
LESLIE R. HOFFMAN
United States Magistrate Judge

8